IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACK LEROY RAGLAND, JR.
ADC #120730                                                                                            PLAINTIFF

V.                                          3:08CV00203 JMM/JTR

KEITH MILAM; and
J.T. LILLARD, Officers,
Craighead County Detention Center                                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's July 14, 2009 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this  31  day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE